N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Linda Richardson, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 C 3871 |
| | ) | |
| Allied Interstate, Inc., a Minnesota | ) | Judge Shadur |
| Corporation, and LVNV Funding, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL AS TO DEFENDANT LVNV FUNDING, LLC ONLY

Plaintiff, Linda Richardson, having reached a settlement with Defendant LVNV Funding, LLC ("LVNV"), hereby stipulates to the dismissal of her claims against LVNV only, with prejudice. Plaintiff's claims against Defendant Allied Interstate, Inc., remain pending.

Dated: August 13, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and the claims against Defendant LVNV are dismissed with prejudice. This case remains pending against Defendant Allied Interstate, Inc.

Dated: August 14, 2009

ENTERED:

Judge Milton I. Shadur,
United States District Court

1