UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Linda Richardson
                        Plaintiff,

v.                                         Case No.: 1:09–cv–03871
                                                       Honorable Milton I. Shadur

Allied Interstate, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 25, 2009:

      MINUTE entry before the Honorable Milton I. Shadur: On counsel's representation this action is hereby dismissed with leave to reinstate on or before October 9, 2009. Absent a timely filed motion to reinstate or extend the time to reinstate this order will become final on October 13, 2009.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.